MR. JUSTICE HARRISON,
specially concurring:
I concur. As noted in the majority opinion, I wish to focus attention to the fact that this matter commenced some seven years ago, September of 1981, with the filing of the action for dissolution. Even after numerous hearings, no opinion was rendered by the trial judge for some twenty-six months after the hearings. In this state, litigants are entitled to have litigation handled in a more expeditious manner — this case does not evidence that fact. It is my firm hope that by calling attention to this factor, the judiciary of this state will check their calendars and resolve cases faster, this case is not a good example of handling cases in a timely fashion.
Under the circumstances of this case, we have a litigant in the state of Alaska where the cost of living is far above that in Montana. The trial judge must adjust the income of the parties according to a cost of living, in this case the person to pay, the husband.